**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TUAN TRAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-390-J |
| | ) | |
| F. FIGUEROA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

Pursuant to the Order filed this same day, Petitioner's Petition under 28 U.S.C. § 2241 is

DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of April, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE